UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| SONYA W. JOHNSON | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 15-69244-JRS |
| | : | |

## AMENDED MOTION TO RECONSIDER AND VACATE
## "ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES"

Debtor in the above matter ("Debtor") hereby moves this Court to reconsider and vacate the *Order of Dismissal for Failure to Pay Filing Fees* entered December 31, 2015 (Doc. No. 26). Debtor asserts that good cause exists and shows the Court the following:

1.  Debtor's failure to pay filing fees in this case is due to oversight. The balance of the filing fee has now been paid in full. Debtor tendered the balance of the filing fees to her attorney's office but, due to the holidays, the payment could not be timely processed.

2.  Debtor wishes to pursue this Chapter 13 case.

WHEREFORE, Debtor asks this Court to vacate and set aside the order of dismissal entered in this case, that hearing on confirmation of the plan be re-scheduled, and that Debtor have such other and further relief as is just.

Dated: January 19, 2016

   /s/
Alex J. Dolhancyk, Attorney for Debtor
The Dolhancyk Law Firm, P.C.
522 Flint Trail, Suite B
Jonesboro, GA 30236-1316
Telephone: 678.619.1728
Georgia Bar No. 225037
E-Mail:  office@dolhancyklaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| SONYA W. JOHNSON | : | Chapter 13 |
| Debtor. | : | Case No. 15-69244-JRS |
| | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO AMENDED**
**MOTION TO RECONSIDER AND VACATE**
**"ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES";**
**OF DEADLINE FOR FILING RESPONSE; and OF HEARING**

**NOTICE IS HEREBY GIVEN** that on January 19, 2016 Debtor filed an **AMENDED MOTION TO RECONSIDER AND VACATE "ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES"** seeking an order vacating the order of dismissal filed in this case. If you object, then **on or before February 5, 2016** you (or your attorney, if you have one) MUST:

1. **File** with the court a written response, explaining specifically why the requested relief should not granted, by mailing or delivering it to the following address:

**PLACE OF FILING:**    Clerk, United States Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Spring Street SW
Atlanta, GA 30303-3367

or by filing electronically online at **http://ecf.ganb.uscourts.gov** (registered users) or at **http://pacer.psc.uscourts.gov** (non-registered users). Objections filed electronically may be filed up to 11:59:59 PM on the objection deadline.

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it on or before the date stated above.

2. **Mail** or **deliver** a copy of your written response to the Debtor's attorney at the address stated below. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

3. **Advocate** your position at the hearing to be held in Courtroom 1404, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 **at 10:45 AM on February 9, 2016.**

If you or your attorney fail to object as set forth above, Debtor's objection to claim will be granted without further notice or hearing.

Dated: January 19, 2016

_____/s/_____
Alex J. Dolhancyk, Attorney for Debtor
The Dolhancyk Law Firm, P.C.
522 Flint Trail, Suite B
Jonesboro, GA 30236-1316
Telephone: 678.619.1728
Georgia Bar No. 225037
office@dolhancyklaw.com

# CERTIFICATE OF SERVICE

      The undersigned hereby swears or affirms that a copy of Debtor's **AMENDED DEBTOR'S MOTION TO RECONSIDER AND VACATE "ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES"** and Notice of Hearing has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to BLR5005-8:

[see attached Mailing Matrix]

Dated: January 19, 2016

_____/s/_____
Alex J. Dolhancyk, Esquire
Georgia Bar No. 225037

```
Label Matrix for local noticing          Aaron Sales & Lease Ow                Acceptance Now/Ashley Furn.
113E-1                                   Attn: Bankruptcy                      5501 Headquarters Dr
Case 15-69244-jrs                        2800 Canton Road Suite 900            Plano, TX 75024-5837
Northern District of Georgia             Marietta, GA 30066-5477
Atlanta
Tue Dec  8 13:25:56 EST 2015

Columbia Gas/Baystate Gas                Equity Auto Loan dba Instaloan        EquityAuto Loan, LLC d/b/a Instaloan
Po Box 2025                              4791 Jonesboro Road                   15 Bull Street, Suite 200
Attn: Bankruptcy Department              Suite 5                               Savannah, GA 31401-2686
Springfield, MA 01102-2025               Union City, GA 30291-1997


First Premier Bank                       National Auto Sales, Inc.             National Credit Adjusters
Po Box 5524                              Frederick J. Hanna & Associates       PO Box 3023
Sioux Falls, SD 57117-5524               2253 Northwest Parkway                Hutchinson, KS 67504-3023
                                         Marietta, GA 30067-8764


(p)TMX FINANCE LLC FORMERLY TITLEMAX     TitleMax of Union City GA #1          Travelers
15 BULL STREET                           4791 Jonesboro Road                   Slater Tenaglia Fritz & Hunt
SUITE 200                                Suite 5                               301 Third Street
SAVANNAH GA 31401-2686                   Union City, GA 30291-1997             Ocean City, NJ 08226-4007


(p)UNITED AUTO ACCEPTANCE                United Auto Credit Co                 United Auto Credit Corporation
PO BOX 926                               18191 Von Karman Suite 300            1071 Camelback, Suite 100
MORROW GA 30260-0926                     Irvine, CA 92612-7106                 Newport Beach , CA 92660-3046


Valor Homes 519-04 LLC                   Westlake Financial Svc                Alex J. Dolhancyk
120 Handley Road                         4751 Wilshire Blvd Suite 100          The Dolhancyk Law Firm, PC
Suite 620                                Los Angeles, CA 90010-3847            Suite B
Tyrone, GA 30290-2174                                                          522 Flint Trail
                                                                               Jonesboro, GA 30236-1316


Nancy J. Whaley                          Sonya Wauletta Johnson
Nancy J. Whaley, 13 Trustee              513 Chestnut Oak Drive
Suite 120                                Palmetto, GA 30268-1094
303 Peachtree Center Avenue
Atlanta, GA 30303-1286
```

**The following were NOT served:**

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
TitleMax of Georgia, Inc. d/b/a TitleMax     UAA                               End of Label Matrix
15 Bull Street, Suite 200                    Pob 960068                        Mailable recipients    19
Savannah, GA 31401                           Riverdale, GA 30296               Bypassed recipients     0
                                                                               Total                  19
```