

**IT IS ORDERED as set forth below:**

**Date: February 11, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| SONYA W. JOHNSON | : | Chapter 13 |
| | : | |
| Debtors. | : | Case No. 15-69244-JRS |
| | : | |

**ORDER**

THIS MATTER is before the court on debtor's *Amended Motion to Reconsider and Vacate "Order of Dismissal for Failure to Pay Filing Fees"* ("the Motion") (Doc. No. 30). Debtor failed to timely pay the filing fees in this case and the case was dismissed. See Doc. No. 26. Debtor has paid the filing fee in full, it is accordingly

**ORDERED** that the Motion is granted. The Order dismissing this case at Doc.

No. 26 is vacated. Debtor's counsel shall re-notice hearing on confirmation of the Chapter 13 plan.

## END OF DOCUMENT

Prepared and Presented by:

_____/s/_____
Alex J. Dolhancyk, Attorney for Debtor
The Dolhancyk Law Firm, P.C.
522 Flint Trail, Suite B
Jonesboro, GA 30236-1316
Telephone: 678.619.1728
Georgia Bar No. 225037
E-mail:  office@dolhancyklaw.com


No Opposition by:

_____/s/_____
Eric W. Roach, Staff Attorney for
Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
Georgia Bar No. 143194

Distribution List:

Sonya W. Johnson
513 Chestnut Oak Drive
Palmetto, GA 30268-1094

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Alex J. Dolhancyk, Esquire
The Dolhancyk Law Firm, PC
522 Flint Trail, Suite B
Jonesboro, GA 30236-1316